**Fill in this information to identify the case:**

Debtor name    **Jensen Hay Farms LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF WASHINGTON

Case number (if known)    **20-01352**

☐ Check if this is an
   amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, and any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **July 15, 2020**     X **/s/ Shelly Jensen**
                                             Signature of individual signing on behalf of debtor

                                             **Shelly Jensen**
                                             Printed name

                                             **Managing Member**
                                             Position or relationship to debtor

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name    **Jensen Hay Farms LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF WASHINGTON

Case number (if known)    **20-01352**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.



**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
☐    Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
☐    Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
☐    Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
☐    Schedule H: Codebtors (Official Form 206H)
☐    Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
☐    Amended Schedule
☐    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
☐    Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 15, 2020**            X **/s/ Shelly Jensen**
                                            Signature of individual signing on behalf of debtor

                                            **Shelly Jensen**
                                            Printed name

                                            **Managing Member**
                                            Position or relationship to debtor

Official Form 202                    Declaration Under Penalty of Perjury for Non-Individual Debtors

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Jensen Hay Farms LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF WASHINGTON

Case number (if known)    **20-01352**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

| Part 1: | Summary of Assets |
|---|---|

1.    *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

     **1a. Real property:**
     Copy line 88 from *Schedule A/B*....................................................................    $    **790,000.00**

     **1b. Total personal property:**
     Copy line 91A from *Schedule A/B*..................................................................    $    **1,240,708.00**

     **1c. Total of all property:**
     Copy line 92 from *Schedule A/B*..................................................................    $    **2,030,708.00**

| Part 2: | Summary of Liabilities |
|---|---|

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
     Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.....................................    $    **5,197,972.09**

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

     **3a. Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................    $    **0.00**

     **3b. Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................    +$    **80,746.50**

4.    **Total liabilities** ................................................................................................
     Lines 2 + 3a + 3b    $    **5,278,718.59**

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Jensen Hay Farms LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>EASTERN DISTRICT OF WASHINGTON</td></tr>
<tr><td>Case number (if known)</td><td><strong>20-01352</strong></td></tr>
</table>

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

■ No. Go to Part 2.
☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

| 11a. 90 days old or less: | **0.00** | - | **0.00** | = .... | **Unknown** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

12.    **Total of Part 3.**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

**$0.00**

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Jensen Hay Farms LLC**        Case number *(If known)* **20-01352**
Name

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☐ No.  Go to Part 7.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops-either planted or harvested** <br> **2019 crop inventory** | $0.00 | | $500,000.00 |
| 29. **Farm animals** *Examples: Livestock, poultry, farm-raised fish* | | | |
| 30. **Farm machinery and equipment** *(Other than titled motor vehicles)* <br> **JD R450 swather** <br> **cost: $196,882; dep through 2019 $166,730.00** | $100,000.00 | | $100,000.00 |
| **2nd JD R450 swather** | $0.00 | | $100,000.00 |
| **Brownlee Irrigation Pivot** <br> **cost: $51,000; accm dep through 2019 $22,883** | $28,117.00 | | $50,000.00 |
| **Yakima Compressor** <br> **cost: $2,565; acc dep $1,208** | $1,357.00 | | $0.00 |

31. **Farm and fishing supplies, chemicals, and feed**

32. **Other farming and fishing-related property not already listed in Part 6**

33. **Total of Part 6.**                               **$750,000.00**
Add lines 28 through 32.  Copy the total to line 85.

34. **Is the debtor a member of an agricultural cooperative?**
■ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
     ☐ No
     ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value            Valuation method            Current Value

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
■ No
☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
■ No
☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor **Jensen Hay Farms LLC**
Name

Case number *(If known)* **20-01352**

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes Fill in the information below.

| | General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | **Ford F450**<br>**cost: $11,993; accm dep 10,748** | **$1,245.00** | Liquidation | **$10,000.00** |
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49. | **Aircraft and accessories** | | | |
| 50. | **Other machinery, fixtures, and equipment (excluding farm**<br>**machinery and equipment)**<br>**2018 Q & B Trailer  Flatbed**<br>**cost $15,250.00; accm dep** | **$8,311.00** | | **$0.00** |
| | **Corrugator**<br>**cost $18,883.00; accm dep. 2022** | **$16,861.00** | | **$0.00** |

| 51. | **Total of Part 8.** | | | **$10,000.00** |
|---|---|---|---|---|
| | Add lines 47 through 50.  Copy the total to line 87. | | | |

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No
☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 9: | Real property |

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of<br>property<br>Include street address or other | Nature and<br>extent of<br>debtor's interest | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|

20-01352-WLH12    Doc 25    Filed 07/16/20    Entered 07/16/20 23:06:13    Pg 6 of 30

Debtor    **Jensen Hay Farms LLC**                    Case number *(If known)* **20-01352**
_____Name_____

| description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | in property | | | |
|---|---|---|---|---|
| 55.1. **Brownlee Ground (67.44 acres) - $450K (appraised at $479 in 2017) Barn #0 - $170K (original construction cost: $250K) Barn #1 - $170K (original construction cost: $250K) book value from 2019 return Schedule L** | **Fee simple** | **$331,664.00** | **Tax records** | **$790,000.00** |
| 55.2. **Leasehold interests in the following parcels located in Kittitas County, identirifed by the following parcel numbers: 11448 (56.63 acres), 134633 (16.04 acres), 414633 (41.89 acres), 634633 (22.86 acres), 711136 (214.27 acres); 914633 (40.15 acres); along with all improvements $140K per year 711136, 914633. Lease expires 12/31/2027.  Lease is iwth Dennis and Shelly Jense** | **Leasehold Interest** | **Unknown** | | **Unknown** |
| 55.3. **Two Tree LLC lease (30 acres) 7777 4th  Parallel Rd. Expires 12/31/22** | **Leasehold Interest** | **Unknown** | | **Unknown** |
| 55.4. **Two Tree Hill LLC lease (40 Acres) 925  Pumping Plant Rd, Ellensburg Expires 12/31/22** | **Leasehold Interest** | **Unknown** | | **Unknown** |
| 55.5. **Leasehold interest from Double K Ranch LLC (extended to 12/31/20?)** | **Leasehold Interest** | **$0.00** | | **Unknown** |

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 4

Debtor  **Jensen Hay Farms LLC**                    Case number *(If known)* **20-01352**
Name

| | | | | |
|---|---|---|---|---|
| 55.6. | **Charles and Markee Cox Lease (29 acres) Parcels 949945, 949952, 949951, 945950, 949949, 949948, 949947, 949946 and 949944 Lease expires 12/31/20. Annual payment: $4,930.00** | **Leasehold Interest** | **Unknown** | **$0.00** |
| 55.7. | **Richard Lewis lease (6.5 acres) and water signed only by Adam -- is this s JHF lease? expires 10/31/20 water: $483/yr; land $975/yr** | **Leasehold Interest** | **Unknown** | **$0.00** |
| 55.8. | **Freeman 370 Baler cost: $35,000; accm. dep:** | | **$19,075.00** | **$0.00** |

56.   **Total of Part 9.**                                                       | **$790,000.00** |

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 10:**   **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:**   **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  | | | | **Current value of debtor's interest** |
|---|---|---|---|---|
| 71. | **Notes receivable** | | | |
| | Description (include name of obligor) | | | |
| | **Trade Notes and accounts receivable** | **41,502.00** - Total face amount | **20,751.00** = doubtful or uncollectible amount | **$20,751.00** |

Debtor    **Jensen Hay Farms LLC**                              Case number *(If known)* **20-01352**
          Name

72.    **Tax refunds and unused net operating losses (NOLs)**
       Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit
       has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of
       every nature, including counterclaims of the debtor and rights to
       set off claims**

76.    **Trusts, equitable or future interests in property**
       **possible equitable interest in equipment titled in names
       of members and economic interest holders on account
       of loan payments that were made by the LLC**                                        **Unknown**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
       country club membership

       **Loans to partners (from 19 tax return)**                                          **$459,957.00**

78.    **Total of Part 11.**                                                        **$480,708.00**
       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

20-01352-WLH12    Doc 25    Filed 07/16/20    Entered 07/16/20 23:06:13    Pg 9 of 30

Debtor    **Jensen Hay Farms LLC**                                    Case number *(If known)*  **20-01352**
          Name

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $750,000.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $10,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* .......................................................> | | $790,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $480,708.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,240,708.00 | + 91b. $790,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $2,030,708.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

20-01352-WLH12    Doc 25    Filed 07/16/20    Entered 07/16/20 23:06:13    Pg 10 of 30

**Fill in this information to identify the case:**

Debtor name **Jensen Hay Farms LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF WASHINGTON

Case number (if known) **20-01352**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:  List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.1  Attorney General of US**
Creditor's Name

**950 Penn. Ave. NW, Room B103**
**Washington, DC 20530-0001**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$0.00**
Value of collateral: **$0.00**

**2.2  Heritage Bank. 138 Cent Vall Lendin**
Creditor's Name

**PO Box 1578**
**Olympia, WA 98507**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**08/05/19**
**Last 4 digits of account number**
**4080**
**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**substantially all assets of the Debtor and real estate of Dennis Jensen**

**Describe the lien**
**2019 Operating Line**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Amount of claim: **$1,451,219.41**
Value of collateral: **$0.00**

| Debtor | **Jensen Hay Farms LLC** | Case number (if known) | **20-01352** |
|---|---|---|---|
| | Name | | |

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Heritage Bank. 138 Cent Vall Lendin** | Describe debtor's property that is subject to a lien | **$307,618.80** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**PO Box 1578
Olympia, WA 98507**

Creditor's mailing address

**substantially all assets of Debtor and r.e. of Dennis Jensen**

Describe the lien
**balance of 2018 operating line**

Is the creditor an insider or related party?

☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number
**4000**

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Heritage Bank. 138 Cent Vall Lendin** | Describe debtor's property that is subject to a lien | **$3,190,473.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**PO Box 1578
Olympia, WA 98507**

Creditor's mailing address

**loan matures on 4/15/22**

Describe the lien
**mortgages against r.e. of Dennis Jensen**

Is the creditor an insider or related party?

☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**2/21/19**

Last 4 digits of account number
**4080**

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Heritage Bank. 138 Cent Vall Lendin** | Describe debtor's property that is subject to a lien | **$42,318.00** | **$50,000.00** |
|---|---|---|---|---|

Creditor's Name

**PO Box 1578
Olympia, WA 98507**

Creditor's mailing address

**Brownlee Irrigation Pivot
cost: $51,000; accm dep through 2019
$22,883**

Describe the lien

---

20-01352-WLH12    Doc 25    Filed 07/16/20    Entered 07/16/20 23:06:13    Pg 12 of 30

| Debtor | **Jensen Hay Farms LLC** | Case number (if known) | **20-01352** |
|---|---|---|---|
| | Name | | |

| | |
|---|---|
| | **Is the creditor an insider or related party?** |
| Creditor's email address, if known | ■ No |
| | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| | Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.6 | **John Deere Financial** | **Describe debtor's property that is subject to a lien** | **$49,149.17** | **$100,000.00** |
|---|---|---|---|---|
| | Creditor's Name | **2nd JD R450 swather** | | |
| | **8402 Excelsior Dr.** | | | |
| | **PO Box** | | | |
| | **Madison, WI 53705-0328** | | | |
| | Creditor's mailing address | **Describe the lien** | | |

| | |
|---|---|
| | **Is the creditor an insider or related party?** |
| Creditor's email address, if known | ■ No |
| | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| **2/25/15** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **3152** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| | Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.7 | **Kittias County Treasurer** | **Describe debtor's property that is subject to a lien** | **$2,639.71** | **$0.00** |
|---|---|---|---|---|
| | Creditor's Name | **Parcel ID 959902, 960255** | | |
| | **205 West Fifth AVe., Ste. 102** | | | |
| | **Ellensburg, WA 98926** | | | |
| | Creditor's mailing address | **Describe the lien** | | |

| | |
|---|---|
| | **Is the creditor an insider or related party?** |
| Creditor's email address, if known | ■ No |
| | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| | Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | **Jensen Hay Farms LLC** | Case number (if known) | **20-01352** |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 2.8 | **Kittitas Reclamation District** | Describe debtor's property that is subject to a lien | **$4,554.00** | **$0.00** |
| | Creditor's Name | **23 acres and 43 acres** | | |
| | **PO Box 276**<br>**Ellensburg, WA 98926** | | | |
| | Creditor's mailing address | Describe the lien<br>**Statutory Lien** | | |
| | | Is the creditor an insider or related party? | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | **Date debt was incurred** | ■ No | | |
| | **2019** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **and8** | | | |
| | **Do multiple creditors have an interest in the same property?** | As of the petition filing date, the claim is:<br>Check all that apply | | |
| | ■ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated<br>☐ Disputed | | |

| | | | | |
|---|---|---|---|---|
| 2.9 | **Larson Berg Perkins, Paul Larson** | Describe debtor's property that is subject to a lien | **$0.00** | **$0.00** |
| | Creditor's Name | **notice only** | | |
| | **105 N 3rd St**<br>**PO Box 550**<br>**Yakima, WA 98907** | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | Is the creditor an insider or related party? | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | **Date debt was incurred** | ■ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** | As of the petition filing date, the claim is:<br>Check all that apply | | |
| | ■ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated<br>☐ Disputed | | |

| | | | | |
|---|---|---|---|---|
| 2.10 | **US Small Business Administration** | Describe debtor's property that is subject to a lien | **$150,000.00** | **Unknown** |
| | Creditor's Name | **security interest in all personal proprety of Debtor only** | | |
| | **Attn: Dist. Counsel**<br>**2401 Fourth Ave., Ste. 450**<br>**Seattle, WA 98121** | | | |
| | Creditor's mailing address | Describe the lien<br>**consensual lien** | | |
| | | Is the creditor an insider or related party? | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | **Date debt was incurred** | ■ No | | |
| | **06/16/20** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |

Debtor    **Jensen Hay Farms LLC**                          Case number (if known)    **20-01352**
          Name

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    **$5,197,972.09**

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **US Attorney's Office E.D. Wa**<br>**PO Box 1494**<br>**Spokane, WA 99210-1494** | Line   **2.10** | |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Fill in this information to identify the case: |
| --- |

Debtor name **Jensen Hay Farms LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF WASHINGTON

Case number (if known) **20-01352**

☐ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☒ No. Go to Part 2.

   ☐ Yes. Go to line 2.

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
| --- | --- | --- |

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $80,746.50 |
| --- | --- | --- | --- |
| | **CHS Sunbasin Growers**<br>**PO Box 608**<br>**Quincy, WA 98848-0608** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **Farming supplies** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

## Part 3: List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- |

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
| --- | --- | --- | --- |
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 80,746.50 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 80,746.50 |

**Fill in this information to identify the case:**

Debtor name    **Jensen Hay Farms LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF WASHINGTON

Case number (if known)    **20-01352**

☐ Check if this is an amended filing

# Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **29 acres**<br>**4930 per year rent (due Nov 15, 2020)** | |
|---|---|---|---|
| | State the term remaining | **expires 12/31/20** | **Charles and Markee Cox**<br>**1620 Katen Rd.**<br>**Ellensburg, WA 98926** |
| | List the contract number of any government contract | | |

| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for 391.85 acres** | |
|---|---|---|---|
| | State the term remaining | **expires 12/31/27** | **Dennis and Shelly Jensen** |
| | List the contract number of any government contract | | |

| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **167 acres**<br>**$26,000 annual rent plus $8.00/ton for hay storage** | |
|---|---|---|---|
| | State the term remaining | **expired 12/31/19** | **Double K Ranch LLC attn Krista Kell** |
| | List the contract number of any government contract | | |

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **6.5 acres** | |
|---|---|---|---|
| | State the term remaining | **expires 10/31/20** | **Richard Lewis** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1  **Jensen Hay Farms LLC**

First Name          Middle Name          Last Name

Case number *(if known)*  **20-01352**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **(30 acres) 7777 4th aprallel Rd.** | |
|---|---|---|---|
| | State the term remaining | **expires 12/31/22** | |
| | List the contract number of any government contract | | **Two Tree LLC, attn Brad Stern**<br>**8955 SE 44th St**<br>**Mercer Island, WA 98040** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **40 acres 925 Pumping Plant Rd. , Ellensburg** | |
|---|---|---|---|
| | State the term remaining | **expires  12/31/22** | |
| | List the contract number of any government contract | | **Two Trees LLC, attn Brad Stern**<br>**8955 SE 44th St**<br>**Mercer Island, WA 98040** |

**Fill in this information to identify the case:**

Debtor name __Jensen Hay Farms LLC__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF WASHINGTON__

Case number (if known) __20-01352__

☐ Check if this is an amended filing

# Official Form 206H
# Schedule H: Your Codebtors

**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 **Adam Jenses** | | **Heritage Bank. 138 Cent Vall Lendin** | ■ D __2.2__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 **Dennis Jensen** | | **Heritage Bank. 138 Cent Vall Lendin** | ☐ D _____ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3 **Megan Jensen** | | **Heritage Bank. 138 Cent Vall Lendin** | ■ D __2.2__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.4 **Shelly Jensen** | | **Heritage Bank. 138 Cent Vall Lendin** | ■ D __2.2__ <br> ☐ E/F _____ <br> ☐ G _____ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Jensen Hay Farms LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>EASTERN DISTRICT OF WASHINGTON</td></tr>
<tr><td>Case number (if known)</td><td><strong>20-01352</strong></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:     Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From **1/01/2019** to **12/31/2019** | ☐ Operating a business<br>■ Other **Farming or Fishing Income** | **$848,011.00** |
| **For prior year:**<br>From **1/01/2019** to **12/31/2019** | ☐ Operating a business<br>■ Other **other income** | **$199,301.00** |
| **For prior year:**<br>From **1/01/2019** to **12/31/2019** | ☐ Operating a business<br>■ Other **Cooperative distribution** | **$1,217.00** |
| **For year before that:**<br>From **1/01/2018** to **12/31/2018** | ☐ Operating a business<br>■ Other **Farming or Fishing Income** | **$1,504,235.00** |
| **For the fiscal year:**<br>From **1/01/2017** to **12/31/2017** | ☐ Operating a business<br>■ Other **Farming or Fishing Income** | **$1,373,417.00** |
| **For the fiscal year:**<br>From **1/01/2017** to **12/31/2017** | ☐ Operating a business<br>■ Other **Coop distribution** | **$14,385.00** |
| **For the fiscal year:**<br>From **1/01/2017** to **12/31/2017** | ☐ Operating a business<br>■ Other **other** | **$225,607.00** |

20-01352-WLH12    Doc 25    Filed 07/16/20    Entered 07/16/20 23:06:13    Pg 20 of 30

Debtor   Jensen Hay Farms LLC                                    Case number *(if known)* 20-01352

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **For the fiscal year:**<br>From **1/01/2016** to **12/31/2016** | ☐ Operating a business<br>■ Other **Farming or Fishing Income** | **$1,108,176.00** |
| **For the fiscal year:**<br>From **1/01/2016** to **12/31/2016** | ☐ Operating a business<br>■ Other **Coop distribution** | **$14,276.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

---

**Part 2:**   **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.   **CHS Sunbasin Growers**<br>**PO Box 608**<br>**Quincy, WA 98848-0608** | | **$78,231.46** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>■ Other **2019 fertilizer bill** |
| 3.2.   **Krista Kelly** | | **$13,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **ground lease payment** |
| 3.3.   **Kittitas County Treasurer**<br>**205 W 5th Ave Ste 102**<br>**Ellensburg, WA 98926** | | **$0.00** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **2019 property taxes** |
| 3.4.   **Chase Ink.** | | **$25,000.00** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **LLC credit card** |

20-01352-WLH12    Doc 25    Filed 07/16/20    Entered 07/16/20 23:06:13    Pg 21 of 30

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Adam Jensen**<br><br>**farm manager** | **monthly guaranteed payments** | **$90,000.00** | **guaranteed payments authorized under the terms of the LLC operating agreement.** |
| 4.2. **Dennis and Shelly Jensen**<br><br>**members** | **monthly lease payments** | **$0.00** | **payments pursuant to farm ground lease.** |
| 4.3. **Farm Service Agency**<br>**1606 Perry Street, Sutie A**<br>**Yakima, WA 98902**<br>**creditor** | | **$12,261.00** | **payment on a ground lease for r.e. owned by Adam (expensed by LLC, reported as part of distributive share of income to Adam** |
| 4.4. **NW Farm Credit** | | **$25,716.61** | **payment on ground lease for land owned by Adam (expensed by LLC, picked up as income in Adam's distributive share)** |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:  Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Tory and Amanda Graham v. Jensen Hay Farms LLC**<br>**19-2-00106-19** | **Complaint for Conversion** | **Kittitas County Superior Court**<br>**205 W 5th Ave**<br>**Ellensburg, WA 98926** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a

20-01352-WLH12    Doc 25    Filed 07/16/20    Entered 07/16/20 23:06:13    Pg 22 of 30

receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
| --- | --- |

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
| --- | --- | --- | --- |

| Part 5: | Certain Losses |
| --- | --- |

10. All losses from fire, theft, or other casualty within 1 year before filing this case.

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
| --- | --- | --- | --- |

| Part 6: | Certain Payments or Transfers |
| --- | --- |

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
| --- | --- | --- | --- | --- |
| 11.1. | **Kimel Law Offices**<br>**205 N. 40th Ave., Suite 205**<br>**Yakima, WA 98908** | **Attorney Fees** | **2/25/20 - $2,500**<br>**5/21/20 - $2,500** | **$5,000.00** |
| | Email or website address<br>**mkimel@mkimellaw.com** | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
| --- | --- | --- | --- |

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

20-01352-WLH12    Doc 25    Filed 07/16/20    Entered 07/16/20 23:06:13    Pg 23 of 30

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
| --- | --- | --- | --- |

## Part 7:  Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
| --- | --- |

## Part 8:  Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| --- | --- | --- |

## Part 9:  Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17.** Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

20-01352-WLH12    Doc 25    Filed 07/16/20    Entered 07/16/20 23:06:13    Pg 25 of 30

**25.** **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

**26.** **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | Peterson CPAs & Advisors<br>3702 Kern Rd.<br>Yakima, WA 98902 | annual tax return<br>preparation<br>(do they do the state<br>returns as well?) |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement
within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|
| 26c.1. | Megan Jensen<br>51 Kaynor Rd.<br>Ellensburg, WA 98926 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial
statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. | Heritage Bank. 138 Cent Vall Lendin<br>PO Box 1578<br>Olympia, WA 98507 |

**27.** **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the<br>inventory | Date of inventory | The dollar amount and basis (cost, market,<br>or other basis) of each inventory |
|---|---|---|

**28.** **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people
in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any<br>interest | % of interest, if<br>any |
|---|---|---|---|
| Adam Jensen | 51 Kaynor Rd.<br>WA 98924 | Farm Manager | 16.67 |

20-01352-WLH12    Doc 25    Filed 07/16/20    Entered 07/16/20 23:06:13    Pg 26 of 30

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Megan Jensen** | **51 Kaynor Rd.**<br>**Ellensburg, WA 98926** | | **16.66%**<br>**ownership**<br>**interest** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Dennis Jensen** | **1340 WPA Rd.**<br>**Ellensburg, WA 98926** | | **16.67%**<br>**ownership**<br>**interest** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Shelly  Jensen** | **1340 WPA Rd.**<br>**Ellensburg, WA 98926** | **Managing member** | **16.67%**<br>**ownership**<br>**interest** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐  No
■  Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Amanda Graham | 14591 Uppoer Badger Pockets Rd.<br>Ellensburg, WA 98926 | current: 16.67%<br>economic interest owner | |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Tory Graham | ??? | Farm Manager through<br>12/18/18<br>16.67% economic owner<br>interest | |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐  No
■  Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1<br>. | | | | guaranteed<br>member payment<br>under LLC<br>agreement for<br>continuing<br>servcies provded<br>in operating and<br>managing the<br>Debtor's<br>business. |
| | **Adam Jensen**<br>**51 Kaynor Rd.**<br>**WA 98924** | **Guaranteed payments as Farm Manager** | | |
| | Relationship to debtor<br>**Farm Manager** | | | |

20-01352-WLH12     Doc 25     Filed 07/16/20     Entered 07/16/20 23:06:13     Pg 27 of 30

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.2  Dennis Jensen<br>1340 WPA Rd.<br>Ellensburg, WA 98926 | payemnts pursuant to ground lease | monthly | payemnts pursuant to ground lease |
| Relationship to debtor<br>member | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

- ■ No
- ☐ Yes. Identify below.

Name of the parent corporation                                    Employer Identification number of the parent corporation

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ■ No
- ☐ Yes. Identify below.

Name of the pension fund                                    Employer Identification number of the parent corporation

**Part 14:    Signature and Declaration**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **July 15, 2020**

**/s/ Shelly Jensen**                                    **Shelly Jensen**
Signature of individual signing on behalf of the debtor            Printed name

Position or relationship to debtor    **Managing Member**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
- ■ No
- ☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Eastern District of Washington

In re   **Jensen Hay Farms LLC**        Case No.   **20-01352**

Debtor(s)      Chapter   **12**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **0.00** |
| Prior to the filing of this statement I have received | $ | **0.00** |
| Balance Due | $ | **0.00** |

2. The source of the compensation paid to me was:

    ☐ Debtor     ■ Other (specify):    **Fees are to be billed on an hourly basis at $275 and subject to review and approval of the bankruptcy court.**

3. The source of compensation to be paid to me is:

    ☐ Debtor     ■ Other (specify):    **Debtor and any fees awarded in the case are also guaranteed by the members of the LLC.**

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [Other provisions as needed]
       **All normal bankruptcy matters involved in filing a Ch. 12 and thereafter advising and counseling Debtor with regard to obtaining confirmration of a Chapter 12 plan of reorganizatoin.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
       **Any representation outside of the bankrupcy court or with regard to persons or entitlies that are not creditors or parties in interest with regard to the Debtor**

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**July 15, 2020**           **/s/ Metiner G. Kimel**
*Date*                            **Metiner G. Kimel**
                                   *Signature of Attorney*
                                   **Kimel Law Offices**
                                   **205 N. 40th Ave., Suite 205**
                                   **Yakima, WA 98908**
                                   **(509) 452-1115   Fax: (509) 965-5860**
                                   **mkimel@mkimellaw.com**
                                   *Name of law firm*

## United States Bankruptcy Court
### Eastern District of Washington

In re   **Jensen Hay Farms LLC**

Debtor(s)

Case No.   **20-01352**
Chapter   **12**

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **July 15, 2020**

**/s/ Shelly Jensen**
**Shelly Jensen/Managing Member**
Signer/Title