The Honorable Judge Whitman Holt
Chapter 12

Arnold M. Willig
Elizabeth H. Shea
Charles L. Butler, III
HACKER & WILLIG, INC., P.S.
520 Pike Street, Suite 2510
Seattle, Washington 98101-4006
Telephone (206) 340-1935
Attorneys for Creditor Heritage Bank

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

In re:

**JENSEN HAY FARMS LLC,**

Debtor.

No. 20-01352-WLH12

**HERITAGE BANK'S OBJECTION TO THE DEBTOR'S MOTION TO EXTEND TIME FOR FILING OF CHAPTER 12 PLAN AND FOR PLAN CONFIRMATION**

## I. INTRODUCTION & RELIEF REQUESTED

Heritage Bank, a secured creditor herein, by and through its attorneys, Hacker & Willig, Inc., P.S., respectfully submits this objection to Jensen Hay Farms, LLC's ("Jensen" or the "Debtor") Motion To Extend Time for 1) Filing of Debtor's Chapter 12 Plan; 2) Hearing on Confirmation of the Chapter 12 Plan, and 3) Filing a Motion for and Date of Hearing for a Valuation Hearing, filed September 3, 2020 (the "Motion"), and asks that the Court deny the Motion.

## II. STATEMENT OF FACTS

As of the date this case was filed on July 2, 2020, the Debtor owed Heritage Bank well over $5,300,000.00 under four separate loans. The Debtor has been in default on two of the four loans

OBJECTION TO MOTION TO EXTEND TIME - 1

HACKER & WILLIG, INC., P.S.
ATTORNEYS AT LAW
520 Pike Street, Suite 2500
Seattle, Washington 98101
Telephone (206) 340-1935

20-01352-WLH12    Doc 49    Filed 09/28/20    Entered 09/28/20 16:16:49    Pg 1 of 4

(the "2018 Operating Line" and the "2019 Operating Line") since September 2019. The last payments were made in late August 2019 for the payments that were due August 15, 2019. These two loans, which had a joint outstanding balance of over $1,800,000 as of June 19, 2020, matured and were due in full on November 15, 2019. See, Declaration of Adam Jensen ("Jensen Decl.") at Dkt. No 24 at page 5. The largest loan, with a balance of over $3,452,000 as of June 19, 2020 (See, Dkt. No. 24 at page 5), is in default because the Debtor failed to make its yearly payment of $285,557.90 as of April 15, 2020.

Despite the Debtor continuing to operate its business using Heritage Bank's collateral, no payments have been made for over a year. Clearly, the Debtor has known of its financial problems and defaults for over a year and its situation has worsened over the months prior to the bankruptcy filing. In fact, according to the Debtor, its business has operated at a loss for at least the last four (4) years, and its 2019 loss was over $415,000. Jensen Decl., Dkt. No. 24 at page 10. While no payments have been made to Heritage Bank on any of the four loans for over a year, the interest, fees, and costs continue to accrue. Heritage Bank's claim has ***increased*** during the course of this bankruptcy case.

The Debtor filed its voluntary petition on July 2, 2020. Covid-19 began affecting business operations months prior to the filing of the petition, but Debtor still waited 45 days *after* filing the petition to engage an appraiser and order a valuation of collateral. The appraisal is scheduled to be completed in a matter of days, and therefore, there is no need to extend the dates for filing the plan and holding the confirmation hearing.[1]

---

[1] The Debtor seeks a continuance of the hearing on valuation to November 9, 2020. However, although the Clerk of Court sent a notice of hearing out on July 2, 2020 (see, Dkt. No. 10), it does not appear that the Debtor ever actually filed a motion for a valuation hearing. Local Rule 2082-1 (g)(1) requires that, "[i]f a debtor intends to treat any secured creditor as other than fully secured, the debtor shall file a motion to value the property claimed as security for the claim." Such motion is supposed to be filed no later than thirty (30) days after the date of filing the petition. It does not appear that the Debtor filed any such motion. Therefore, no hearing is required. To the extent the Debtor is asking for additional time to file a motion for a valuation hearing, Heritage Bank objects.

**OBJECTION TO MOTION TO EXTEND TIME - 2**

HACKER & WILLIG, INC., P.S.
ATTORNEYS AT LAW
520 Pike Street, Suite 2500
Seattle, Washington 98101
Telephone (206) 340-1935

20-01352-WLH12    Doc 49    Filed 09/28/20    Entered 09/28/20 16:16:49    Pg 2 of 4

## III.  ARGUMENT

The bankruptcy code requires the Debtor to file a plan not later than ninety (90) days after the petition is filed unless extended by the Court if "the need for an extension is attributable to circumstances for which the debtor should not justly be held accountable."  See, 11 U.S.C. § 1221.  Here, the Debtor claims that more time is needed to file a plan because the appraisals/valuations will not be completed until sometime this week, and the "plan and likelihood of confirmation of the case will be driven in large part by what the appraiser's determinations are."  See, Motion, Dkt. No. 40 at page 2.  The Debtor was well aware of the need for valuations in order to formulate and file a plan.  The delay in engaging an appraiser was wholly attributable to the Debtor and was a circumstance for which it is accountable.  The current deadlines should therefore remain undisturbed.

## IV.  CONCLUSION

Therefore, Heritage Bank respectfully requests that Debtor's Motion be denied.

DATED this 28th day of September, 2020.

Respectfully submitted,

HACKER & WILLIG, INC., P.S.

*/s/ Elizabeth H. Shea* _____
Arnold M. Willig, WSBA #20104
Elizabeth H. Shea, WSBA #27189
Charles L. Butler, III, WSBA #36893
Attorneys for Heritage Bank

**OBJECTION TO MOTION TO EXTEND TIME - 3**

HACKER & WILLIG, INC., P.S.
ATTORNEYS AT LAW
520 Pike Street, Suite 2500
Seattle, Washington 98101
Telephone (206) 340-1935

20-01352-WLH12    Doc 49    Filed 09/28/20    Entered 09/28/20 16:16:49    Pg 3 of 4

# CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2020, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of the filing to all counsel of record.

DATED this 28th day of September, 2020.

                                          Respectfully submitted,

                                        HACKER & WILLIG, INC., P.S.

                                        */s/Courtney D. Burford*
                                        Courtney D. Burford

**OBJECTION TO MOTION TO EXTEND TIME - 4**

HACKER & WILLIG, INC., P.S.
ATTORNEYS AT LAW
520 Pike Street, Suite 2500
Seattle, Washington 98101
Telephone (206) 340-1935

20-01352-WLH12   Doc 49   Filed 09/28/20   Entered 09/28/20 16:16:49   Pg 4 of 4